United States District Court
Eastern District of Texas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JUN 0 4 2009
DAVID J. MALAND, CLERK
BY
DEPUTY mp

Michael Bacote § NO. 1:07-CR-142
§
VS. §
United States of America §

Pro Se motion to get (Lamont Bailey) and (Marwin Mosley) History living Quarters Records So I can used in my up coming trial.

5/2/09

Michael Bacote