AO 187 (Rev. 7/87) Exhibit and Witness List

## UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Texas

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
| --- | --- |
| vs. | |
| MICHAEL BACOTE | CASE NO. 1:07cr142 |

| PRESIDING JUDGE<br>THAD HEARTFIELD | GOVERNMENT'S ATTORNEY<br>Joseph Batte, John Craft | DEFENDANT'S ATTORNEY<br>G. Bourque, D. Cunningham |
| --- | --- | --- |
| Trial Date(s)<br>6/05/09 - Status Conf | COURT REPORTER<br>Belynda Champagne | COURTROOM DEPUTY<br>Jill Veazey |

| GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| | | | | | GOVT TRIAL EXHIBITS ADMITTED DURING STATUS CONF: |
| 2 | | 6/5/09 | X | X | Stipulation of Evidence of Federal Jurisdiction |
| 25C | | | X | X | Stipulation as to Chain of Custody - Ebron Pants |
| 26B | | | X | X | Stipulation as to Chain of Custody - Ebron Buccal Swab |
| 27A | | | X | X | Stipulation as to Chain of Custody - Mosley Buccal Swab |
| 29C | | | X | X | Stipulation as to Chain of Custody - Ebron Fingerprint |
| 35 | | | X | X | Stipulation of Evidence |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

page 1 of 1 Pages